Anthony Anzalone, Appellant, v. Harry A. Johnson, Appellee.

Harry A. Johnson, for the Use of Anthony Anzalone, Appellant, v. Marine National Bank of Chicago, Garnishee-Appellee.

Gen. No. 45,508.

Julius S. Neale, and Walter E. Moss, for appellant; Morris S. Telechansky, and Eichner & Aberman, for appellee. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed January 18, 1952; released for publication February 5, 1952.